PROB 12C
(7/93)

Report Date:  November 12, 2015

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Angel N. Lyons | Case Number: 2:14CR00168-TOR-19 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 5 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: September 6, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 5, 2018 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/03/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 14:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Special Condition # 19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On November 9, 2015, Ms. Lyons failed to appear for random drug testing at Alcohol Drug Education Prevention and Treatment (Adept). |
| 10 and 11 | **Standard Condition #6**: The defendant shall notify the probation officer as least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On or about November 5, 2015, Ms. Lyons changed her residence and failed to report it to her U.S. probation officer at least ten days prior to the change.<br><br>On or about November 5, 2015, Ms. Lyons changed her employer and failed to report it to her U.S. probation officer at least ten days prior to the change. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/12/2015

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

November 12, 2015
Date