PROB 12C
(7/93)

Case 2:14-cr-00168-WFN   Document 1444   Filed 01/04/16

Report Date: December 30, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

1/4/16

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Angel N. Lyons                          Case Number: 2:14CR00168-TOR-19

Address of Offender:                   , Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 5 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: September 6, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr | Date Supervision Expires: September 5, 2018 |

### PETITIONING THE COURT

**To issue a summons** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/03/2015 and 11/12/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Angel Lyons violated the conditions of her supervised release in Spokane, Washington, on or about November 30, 2015, by failing to appear for random drug testing at Alcohol Drug Education Prevention and Treatment (ADEPT). |
| 13 | **Special Condition #14:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Angel Lyons violated the conditions of her supervised release in Spokane, Washington, on or about November 30, 2015, by failing to appear for random Breathalyzer testing at ADEPT. |
| 14 | **Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Angel Lyons violated the conditions of her supervised release in |

Prob12C  
**Re: Lyons, Angel N**  
**December 30, 2015**  
**Page 2**

      Spokane, Washington, on or about December 7, 2015, by consuming a controlled substance, methamphetamine.

15    **Special Condition #14:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: Angel Lyons violated the conditions of her supervised release in Spokane, Washington, on or about December 7, 2015, by consuming alcohol.

16    **Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Angel Lyons violated the conditions of her supervised release in Spokane, Washington, on or about December 22, 2015, by consuming a controlled substance, methamphetamine.

17    **Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Angel Lyons violated the conditions of her supervised release in Spokane, Washington, on or about December 26, 2015, by consuming a controlled substance, methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/30/2015

s/Melissa Hanson

Melissa Hanson  
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[X]   The Issuance of a Summons  
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

January 4, 2016

Date