PROB 12C
(7/93)

Report Date: January 19, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

1/19/16

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Angel N. Lyons | Case Number: 2:14CR00168-TOR-19 |
| Address of Offender: | Spokane Valley, Washington 99212 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 5 Days; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: | September 6, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | September 5, 2018 |

## PETITIONING THE COURT

 **To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/03/2015, 11/12/2015 and 01/04/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**:  Angel Lyons violated the conditions of her supervised release in Spokane, Washington, on or about January 16, 2016, by failing to obey all laws.  On or about January 16, 2016, Ms. Lyons was arrested by the Spokane Police Department and charged with criminal assistance. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/19/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Lyons, Angel N.**
**January 19, 2016**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.  Initial Appearance set for 1/20/2016 at 1:30 p.m.
[ ]  Other

_____
Signature of Judicial Officer

January 19, 2016
_____
Date