# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Angel N Lyons | Case Number: 0980 2:14CR00168-TOR-19 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 5 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(01/28/2016) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: July 8, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 7, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 28, 2016, Ms. Lyons' term of supervised release was revoked. At that time, she was sentenced under a revocation judgement which ordered 6 months custody, followed by a 30-month term of supervised release.<br><br>On July 8, 2016, supervision commenced in this matter. On July 11, 2016, Ms. Lyons signed the conditions of probation and supervised release, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 17. |

It is alleged that Ms. Lyons violated special condition number 17, by failing to appear for random urinalysis testing at Alcohol, Drug Education Prevention and Treatment (ADEPT) on or about September 14, 2017.

The undersigned officer was notified by ADEPT that on September 14, 2017, Ms. Lyons failed to appear for random urinalysis testing. Ms. Lyons was contacted by the undersigned. She indicated she believed she had called the drug testing line each day, as required, and did not intend to miss a urinalysis test.

2 **Special Condition # 17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 28, 2016, Ms. Lyons' term of supervised release was revoked. At that time, she was sentenced under a revocation judgement which ordered 6 months custody, followed by a 30-month term of supervised release.

On July 8, 2016, supervision commenced in this matter. On July 11, 2016, Ms. Lyons signed the conditions of probation and supervised release, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 17.

It is alleged that Ms. Lyons violated special condition number 17, by consuming a controlled substance, methamphetamine, on or about September 17, 2017.

On September 14, 2017, Ms. Elliott failed to appear for a random uranalysis test at ADEPT. She was contacted by the undersigned and directed to report. On September 19, 2017, she reported. At that time, she submitted to a urinalysis test which tested presumptive positive for methamphetamine. Ms. Lyons initially denied use, but eventually admitted to consuming methamphetamine on September 17, 2017. She then signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Lyons, Angel N**
**September 21, 2017**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_Thomas O. Rice_
Signature of Judicial Officer

September 21, 2017
Date