PROB 12C
(6/16)

Report Date: October 12, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angel N. Lyons       Case Number: 0980 2:14CR00168-TOR-19

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: August 31, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |
| Original Sentence: | Prison - 5 days    Type of Supervision: Supervised Release |
| | TSR - 36 days |
| Revocation Sentence: (01/28/2016) | Prison - 6 months |
| | TSR - 30 months |
| Asst. U.S. Attorney: | Scott Jones    Date Supervision Commenced: July 8, 2016 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: January 7, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/21/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On January 28, 2016, Ms. Lyons' term of supervised release was revoked. At that time, she was sentenced under a revocation judgement which ordered 6 months custody, followed by a 30-month term of supervised release. |
| | On July 8, 2016, supervision commenced in this matter. On July 11, 2016, Ms. Lyons signed the conditions of probation and supervised release, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 17. |

It is alleged that Ms. Lyons violated special condition number 17, by failing to appear for random urinalysis testing at Alcohol, Drug Education Prevention and Treatment (ADEPT) on or about September 28, 2017.

On the evening of September 28, 2017, Ms. Lyons contacted the undersigned officer to advise she had forgotten to call the drug testing line this date until it was too late. She stated she was expected to report for a urinalysis this date, but could not report to ADEPT in time to submit to testing as required. ADEPT later confirmed that Ms. Lyons did not appear for urinalysis testing on September 28, 2017.

4   **Special Condition # 17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On January 28, 2016, Ms. Lyons' term of supervised release was revoked. At that time, she was sentenced under a revocation judgement which ordered 6 months custody, followed by a 30-month term of supervised release.

On July 8, 2016, supervision commenced in this matter. On July 11, 2016, Ms. Lyons signed the conditions of probation and supervised release, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included special condition number 17.

It is alleged that Ms. Lyons violated special condition number 17, by consuming a controlled substance, methamphetamine, on or about September 29, 2017.

On September 29, 2017, Ms. Lyons reported to the U.S. Probation Office for urinalysis testing as a result of her failure to appear for testing the day prior. Ms. Lyons denied use of illicit substances. The sample was sent to the lab for additional testing.

On October 11, 2017, the undersigned officer received the lab report for the September 29, 2017. The lab report indicated a positive presence for methamphetamine.

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/12/2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_October 12, 2017_
Date